IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBIN L. LOOPER                                                           Plaintiff

v.                                  4:09CV00511 HDY

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                  Defendant

**JUDGMENT**

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this ___15___ day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE